MINUTE ENTRY
MOORE, M.J.
APRIL 4, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO. **00-211**

KRISTOPHER R. WHITE                         SECTION "S"

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  _X_/ DEFENDANT WITH/WITHOUT COUNSEL _____
              _X_/ ASST. U. S. ATTORNEY  JOHN MURPHY
              _X_/ PROBATION OFFICER  MARC S. JOHNSON
              ___/ INTERPRETER,_____, SWORN  (TIME: _____.M. TO _____.M.)

_X_/ DEFENDANT WAS ADVISED OF HIS RIGHTS

_X_/ READING OF PETITION/RULE TO REVOKE: READ  SUMMARIZED  WAIVED

___/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

_X_ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
_X_ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
___/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
___/ BOND SET AT _____

_X_/ DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
___/ DEFENDANT RELEASED ON BOND
___/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR
_____
_X_/ DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
  April 14, 2005, 2:00 PM
_X_/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
  April 6, 2005, 2:00 PM
_X_/ **RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
     BEFORE UNITED STATES DISTRICT JUDGE MARY ANN VIAL LEMMON**

MJSTAR:  :15

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____