# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

KRISTOPHER RICHARD WHITE

WARRANT FOR ARREST

CASE NUMBER: CR 00-211 "S"

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Kristopher Richard White, 1916 D. Faith Place, Terrytown, LA 70056** and bring him or her forthwith to the

nearest magistrate judge to answer a(n)

( ) Indictment    ( ) Information    ( ) Complaint    ( ) Order of Court    ( ) Probation Violation Petition    ( ) Supervised Release Violation Petition    ( ) Violation Notice

charging him or her with alleged violations of supervised release

in violation of Title United States Code, Section(s)

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

Signature of Issuing Officer
(By) Deputy Clerk

**March 25, 2005   New Orleans, Louisiana**
Date and Location

Bail fixed at $_____ by _____
Name of Judicial Officer

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 3/25/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/4/05 | G. M. Dispart Dpsms | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 APR -5 P 3:30
LORETTA G. WHYTE
CLERK

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

v.

KRISTOPHER RICHARD WHITE

**WARRANT FOR ARREST**

CASE NUMBER: CR 00-211 "S"

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Kristopher Richard White, 1916 D. Faith Place, Terrytown, LA 70056** and bring him or her forthwith to the

nearest magistrate judge to answer a(n)

( ) Indictment  ( ) Information  ( ) Complaint  ( ) Order of Court  ( ) Probation Violation Petition  ( ) Supervised Release Violation Petition  ( ) Violation Notice

charging him or her with alleged violations of supervised release

in violation of Title United States Code, Section(s)

LORETTA G. WHYTE
Name of Issuing Officer

CLERK
Title of Issuing Officer

Signature of Issuing Officer

March 25, 2005   New Orleans, Louisiana
Date and Location

(By) Deputy Clerk

Bail fixed at $_____  by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |