

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-211 |
| v. | * | SECTION: "S" |
| KRISTOPHER RICHARD WHITE | * | |

\* \* \*

### RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully represents:

Defendant, **KRISTOPHER RICHARD WHITE**, was sentenced on January 24, 2001, to fifty-one (51) months as to Count 1, in the custody of the United States Bureau of Prisons, to be followed by a five- year term of supervised release as to Count 1, following his conviction for bank robbery, in violation of Title 18, United States Code, Section 2113(a).

The defendant has violated the terms and conditions of his release as set forth in Exhibit "A" (Petition for Warrant or Summons for Offender under Supervision).

WHEREFORE, the government prays that **KRISTOPHER RICHARD WHITE** be brought before this Honorable Court, and that he be ordered to show cause why supervised release should not be revoked for his failure to abide by its terms.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
JOHN F. MURPHY
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3126

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been served upon counsel for defendant by hand delivery this _____ 5 day of April 2005.

_____
JOHN F. MURPHY
Assistant United States Attorney

Prob 12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAR 24 PM 3:26
LORETTA G. WHYTE
CLERK

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** KRISTOPHER RICHARD WHITE    **Case Number:** 053L 2:00CR00211-001S

**Name of Sentencing Judicial Officer:** Honorable Mary Ann Vial Lemmon

**Offense:** 18 U.S.C. 2113(a) - Bank robbery

**Date of Sentence:** January 24, 2001

**Sentence:** 51 months custody of the Bureau of Prisons, followed by a five year term of supervised release. A $100.00 special assessment fee was also imposed.

**Special Conditions:**

1. Orientation and life skills
2. Drug treatment
3. Mental health treatment
4. Restitution payment in the amount of $27,976.00, at the rate of $300.00 per month
5. Financial disclosure
6. Financial restriction

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** June 08, 2004
**Assistant U.S. Attorney:** John Murphy    **Defense Attorney:** Ronald Small

### PETITIONING THE COURT

[ X ] To issue a warrant    [ ] To issue a summons

For the arrest of Kristopher Richard White for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Special Condition No. 2: | Kristopher White received stalls for failing to report for scheduled drug tests on the following dates: March 7, March 2, February 1, January 24, and January 21, 2005. |
| | Kristopher White received stalls for failing to report for drug counseling sessions on the following dates: February 25, and February 21, 2005. |
| | Kristopher White submitted a urine specimen to personnel of the U.S. Probation Office on March 3, 2005, which tested positive for the presence of opiates. It should be noted that the offender admitted to drug use as recently as March 2, 2005. |

Kristopher White submitted urine specimens to personnel of the Methodist Counseling Center on February 11, and February 3, 2005, which was not consistent with normal human urine. The results from Kroll Laboratory indicated that the specimens were diluted and invalid.

Kristopher White admitted to using methadone during an office interview. The offender reported that he had used methadone as recently as January 23, 2005.

Kristopher White submitted a urine specimen to personnel of the Methodist Counseling Center on January 14, 2005, which was not consistent with normal human urine. Kroll Laboratories reported that the urine specimen was diluted.

Kristopher White submitted a urine specimen to personnel of the Methodist Counseling Center on September 2, 2004, which tested positive for the presence of hydromorphone. The test results were confirmed on September 8, 2004.

Kristopher White submitted a urine specimen to personnel of the U.S. Probation Office on August 24, 2004, which tested positive for the presence of opiates and marijuana. The test result was subsequently confirmed on August 27, 2004.

Kristopher White submitted a urine specimen to personnel of the U.S. Probation Office on June 21, 2004, which tested positive for the presence of amphetamines. The test results were confirmed on June 28, 2004.

Kristopher White submitted a urine specimen to personnel of the U.S. Probation Office on August 6, 2004, which tested positive for the presence of marijuana. White admitted to marijuana use shortly after being tested.

Kristopher White received stalls for failing to report for individual counseling sessions on the following dates: July 28, August 2, and August 4, 2004. In addition, White also received a stall for reporting 30 minutes late for a group meeting on July 16, 2004.

Kristopher White received a stall for failing to report for a drug test on July 8, 2004.

**CUSTODIAL STATUS :**

Kristopher White is not in custody at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 17, 2005

_____
Marc S. Johnson
U.S. Probation Officer

REVIEWED BY: _____

Christy L. Waters
Supervising U. S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Mary Ann Vial Lemmon*
Signature of Judicial Officer

March 24, 2005
Date

Address of Offender:   1916 D. Faith Place
                       Terrytown, LA 70056

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING <u>ONLY</u>:
  Original           - Clerk's Office
  1 Copy Certified   - U.S. Attorney
  1 Copy Certified   - U.S. Marshal's Office
  2 Copies Certified - U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING





CLERK'S OFFICE
A TRUE COPY
MAR 25 2005
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La.

JILL N. BENOIT
CHIEF PROBATION OFFICER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
PROBATION OFFICE

500 POYDRAS STREET, ROOM B-505
NEW ORLEANS, LOUISIANA 70130
(504)589-3200
Fax 504/589-3286

RECEIVED
MAR 21 2005
U.S. DISTRICT JUDGE
MARY ANN VIAL LEMMON

March 21, 2005

Honorable Mary Ann Vial Lemmon
United States District Judge
500 Poydras Street, Room C-406
New Orleans, Louisiana 70130

> RE: WHITE, Kristopher
> Dkt. No: 053L 2:00CR00211-001S
> REQUEST FOR WARRANT

Dear Judge Lemmon:

On January 24, 2001, Kristopher White appeared before Your Honor for sentencing following his plea of guilty to 18 U.S.C. 2113(a) - bank robbery. White was sentenced to 51 months custody of the Bureau of Prisons, followed by a three year term of supervised release. Special conditions of supervised release include participation in the orientation and life skills program, drug testing/treatment, mental health treatment, restitution in the amount of $27,976.00, to be paid at a rate of $300.00 per month, financial disclosure, and restrictions. The $100.00 special assessment fee was also imposed.

Kristopher White's term of supervised release commenced on June 8, 2004. Since that time, White has made a poor adjustment to community supervision. Records indicate that the offender has continued to violate the substance abuse policy by repeatedly testing positive for illicit substances. In addition, White has failed to secure meaningful employment and financial records reflect that the offender has only made one payment in the amount of $50.00 toward his restitution obligation. In an effort to address the offender's chronic drug habit, this officer referred the offender to the Clearview Recovery Center in Moselle, Mississippi. White completed a 30-day inpatient treatment program and was subsequently referred to the halfway house for a period of six months following his release. It is important to note that the offender did not comply with the halfway house requirements of securing employment during his stay. White was released from the halfway house under unfavorable conditions and instructed to return to the community in order to reside with his mother on the Westbank.

Since that time, White has not secured employment, and despite this officer's instructions, the offender has continued to abuse drugs. White has a very extensive criminal record and a history of mental

RE: WHITE, Kristopher
Page Two

health problems. As a result of the offender's continued non-compliance, this officer feels that revocation is appropriate.

Accordingly, Probation Form 12C is attached for Your Honor's signature, should Your Honor concur in this matter. It is this writer's intention to recommend detention when White appears before the U. S. Magistrate Judge for his Initial Appearance Hearing.

Respectfully,

Marc S. Johnson
U. S. Probation Officer

MSJ/tah

Attachment

**REVIEWED BY:** _____

Christy L. Waters
Supervising U.S. Probation Officer

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.  **WARRANT FOR ARREST**

KRISTOPHER RICHARD WHITE

CASE NUMBER: CR 00-211 "S"

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Kristopher Richard White, 1916 D. Faith Place, Terrytown, LA 70056** and bring him or her forthwith to the

nearest magistrate judge to answer a(n)

( ) Indictment   ( ) Information   ( ) Complaint   ( ) Order of Court   ( ) Probation Violation Petition   ( ) Supervised Release Violation Petition   ( ) Violation Notice

charging him or her with alleged violations of supervised release

in violation of Title United States Code, Section(s)

| | |
|---|---|
| **LORETTA G. WHYTE** | **CLERK** |
| Name of Issuing Officer | Title of Issuing Officer |
| | March 25, 2005   New Orleans, Louisiana |
| Signature of Issuing Officer | Date and Location |
| (By) Deputy Clerk | |

Bail fixed at $_____   by _____
                                    Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |