UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 APR -6 PM 2:26

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-211 |
| v. | * | SECTION: |
| KRISTOPHER RICHARD WHITE | * | |

\* \* \*

## ORDER

Considering the foregoing Rule to Revoke Supervised Release;

**IT IS HEREBY ORDERED** that **KRISTOPHER RICHARD WHITE** appear before this Court on the 11th day of May, 2005, at 2:00 P.m. to show cause why supervised release should not be revoked.

New Orleans, Louisiana, this 6 day of April 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____