# UNITED STATES DISTRICT COURT

EASTERN _____ DISTRICT OF _____ LOUISIANA

UNITED STATES OF AMERICA

V.                                           ORDER OF DETENTION PENDING TRIAL

**KRISTOPHER WHITE**                         Case Number: **00-211 S**
*Defendant*

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude that the following facts are established by clear and convincing evidence and require the detention of the defendant pending trial in this case.

## Part I -- Findings of Fact

☐ (1) The defendant has been convicted of a (federal offense)(state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed) that is

☐ a crime of violence as defined in 18 U.S.C. §3156(a)(4).
☐ an offense for which the maximum sentence is life imprisonment or death.
☐ an offense for which a maximum term of imprisonment of ten years or more is prescribed in _____.[1]

☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C.§3142(f)(1)(A)-(C), or comparable state or local offenses.

☐ (2) The offense described in finding 1 was committed while the defendant was on release pending trial for a federal, state or local offense.

☐ (3) A period of not more than five years has elapsed since the (date of conviction)(release of the defendant from imprisonment) for the offense described in finding 1.

☐ (4) Findings Nos. 1 and (2)(3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an)other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternative Findings

☐ (1) There is probable cause to believe that the defendant has committed an offense

☐ for which a maximum term of imprisonment of ten years or more is prescribed in _____.[2]
under 18 U.S.C.§924(c).

☐ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings

☐ (1) _____
☐ (2) _____
☐ (3) There is a serious risk that the defendant will flee.
☐ (4) There is a serious risk that the defendant will (obstruct or attempt to obstruct justice)(threaten, injure, or intimidate a prospective witness or juror).

### Part II - Written Statement of Reasons for Detention

I find that the credible testimony and information[3] submitted at the hearing establishes by clear and convincing evidence that *The defendant poses a Danger And he is a risk of flight. There are no conditions of release or combination of conditions of release which can be scheduled upon the defendant which would reasonably protect the community from danger and his appearance in court.*

### Part III - Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Dated: **April 06, 2005**                                         _____
                                                                  Judicial Officer

[1] Insert as applicable: (a)Controlled Substances Act (21 U.S.C.§801 et seq.);(b)Controlled Substances Import and Export Act (21 U.S.C.§951 et seq.); or (c)Section 1 of Act of Sept. 15, 1980(21 U.S.C.§955a).
[2] Insert as applicable: (a)Controlled Substances Act (21 U.S.C.§801 et seq.);(b)Controlled Substances Import and Export Act (21 U.S.C.§951 et seq.); or (c) Section 1 of Act of Sept. 15, 1980(21 U.S.C.§955a).
[3] The rules concerning admissibility of evidence in criminal trials do not apply to the presentation and consideration of information at the (detention hearing)(18 U.S.C.§3142(f). See 18 U.S.C.§3142(g) for the factors to be taken into account.

___ Fee
___ Process
X   Dktd
___ CtRmDep
___ Doc. No.