```
                                              FILED
                                          U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                          2005 MAY 12  AM 8: 23

                                           LORETTA G. WHYTE
                                                CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 00-211 |
| KRISTOPHER RICHARD WHITE | SECTION: "S" |

### ORDER

**IT IS HEREBY ORDERED** that the Revocation Hearing set for May 11, 2005 is continued to May 13, 2005 at 2:00 p.m.

New Orleans, Louisiana, this 11th day of May, 2005.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process___
 X  Dktd_____
___ CtRmDep___
___ Doc. No.__
```