

MINUTE ENTRY
VIAL LEMMON, J.
MAY 13, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-211 |
| KRISTOPHER RICHARD WHITE | SECTION "S" |

JUDGE MARY ANN VIAL LEMMON, PRESIDING

**WEDNESDAY, MAY 13, 2005 AT 2:00 P.M.**

COURTROOM DEPUTY: Cesyle Nelson
COURT REPORTER:   Cindy Usner

APPEARANCES:    John Murphy for the Government
                George Chaney for the defendant

**RULE TO REVOKE SUPERVISED RELEASE**

The defendant was present with his counsel.

The parties entered into a stipulation that the defendant violated the terms of his supervised release. A written order was entered by the court.

The defendant was remanded to the custody of the U.S. Marshal.

JS-10: 0:5

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____