UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 00-211 |
| KRISTOPHER RICHARD WHITE | * | SECTION: "S" |

## O R D E R

Based on the stipulation entered into by the defendant Kristopher Richard White and the United States of America that he violated the terms of his supervised release,

IT IS ORDERED that the defendant is committed to the Waybuilders Drug Treatment program for a period not to exceed nine months. IT IS FURTHER ORDERED that Mr. White will be released from the Tangipahoa Parish Jail to the custody of Reverend David Berget of Believers Life Family Church at 8:00 a.m. on Thursday, May 19, 2005, to be transported to the treatment program.

New Orleans, Louisiana, this _17_ day of May, 2005.

_____
United States District Judge

___ Fee_____
___ Process_____
X   Dktd_____
✓   CtRmDep_____
___ Doc. No._____