**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**PROBATION OFFICE**

JILL N. BENOIT
CHIEF PROBATION OFFICER

500 POYDRAS STREET, ROOM B-505
NEW ORLEANS, LOUISIANA 70130
(504)589-3200
Fax 504/589-3286

RECEIVED
2005 JUN 16 PM 3: 27
LORETTA G. WHYTE
CLERK

June 15, 2005

JUN 1 6 2005
U. S. DISTRICT JUDGE
MARY ANN VIAL LEMMON

Honorable Mary Ann Vial Lemmon
United States District Judge
500 Poydras Street, Room C-406
New Orleans, Louisiana 70130

RE: WHITE, Kristopher
Dkt. No: 053L 2:00CR00211-001S
REQUEST FOR WARRANT

Dear Judge Lemmon:

On January 24, 2001, Kristopher White appeared before Your Honor for sentencing following his plea of guilty to 18 U.S.C. 2113(a) - bank robbery. White was sentenced to 51 months custody of the Bureau of Prisons, followed by a three year term of supervised release. Special conditions of supervised release include participation in the orientation and life skills program, drug testing/treatment, mental health treatment, restitution in the amount of $27,976.00, to be paid at a rate of $300.00 per month, financial disclosure, and restrictions. The $100.00 special assessment fee was also imposed.

As Your Honor may recall, White appeared before the court on May 13, 2005, to answer a rule to show cause why supervised release should not be revoked. The court ruled that the offender be granted an opportunity to enroll and complete a long term drug aftercare program. Since that time, White has failed to comply with the court's recommendation. This officer received information that the offender met with personnel of the Wave Builders and Teen Challenge drug program, however, he arbitrarily decided not to participate in either programs. This officer received information that the offender may possibly be residing with his children's mother an allegedly using drugs. The offender has not made any attempts to contact this officer and his whereabouts are unknown. In light of the defendant's criminal record, drug history, and documented history of mental health problems, White poses a possible threat to the community. As a result of the offender's continued non-compliance, this officer feels that revocation is appropriate.

Accordingly, Probation Form 12C is attached for Your Honor's signature, should Your Honor concur in this matter. It is this writer's intention to recommend detention when White appears before the U. S. Magistrate Judge for his Initial Appearance Hearing.

___ Fee
___ Process
X   Dktd
___ CtRmDep
___ Doc. No.

RE: WHITE, Kristopher
Page Two

                                        Respectfully,

                                        [signature]
                                        Marc S. Johnson
                                        U. S. Probation Officer

MSJ/tah

Attachment

**REVIEWED BY:**    [signature]
                    Christy L. Waters
                    **Supervising U.S. Probation Officer**