MINUTE ENTRY
AFRICK, J.
JULY 20, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                              CRIMINAL ACTION

VERSUS                                                NO. **00-211**

KRISTOPHER RICHARD WHITE                              SECTION "S"

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:   _X_/ DEFENDANT WITH/(WITHOUT) COUNSEL _____
               _X_/ ASST. U. S. ATTORNEY   JOHN MURPHY
               _X_/ PROBATION OFFICER MARC S. JOHNSON
               ___/ INTERPRETER,_____, SWORN  (TIME: _____.M. TO _____.M.)

_X_/ DEFENDANT WAS ADVISED OF HIS RIGHTS

_X_/ READING OF (PETITION)/RULE TO REVOKE: READ (SUMMARIZED) WAIVED

__/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

_X_/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
_X_/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__/ BOND SET AT _____

_X_/ DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__/ DEFENDANT RELEASED ON BOND
__/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR
_____
__/ DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
_____
_X_/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
July 21, 2005 at 2:00 p.m.
_X_/ RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
    BEFORE UNITED STATES DISTRICT JUDGE MARY ANN VIAL LEMMON

| JS-10:  : 05 |


