

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-211 |
| v. | * | SECTION: "S" |
| KRISTOPHER RICHARD WHITE | * | |

\* \* \*

### RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully represents:

Defendant, **KRISTOPHER RICHARD WHITE**, was sentenced on January 24, 2001 to fifty-one (51) months in the custody of the United States Bureau of Prisons followed by a five (5) year term of supervised release following his conviction for bank robbery in violation of Title 18, United States Code, Section 2113(a).

The defendant has violated the terms and conditions of his release as set forth in Exhibit "A" (Petition for Warrant or Summons for Offender under Supervision).

**WHEREFORE**, the government prays that **KRISTOPHER RICHARD WHITE** be brought before this Honorable Court, and that he be ordered to show cause why

supervised release should not be revoked for his failure to abide by its terms.

                        Respectfully submitted,

                        JIM LETTEN
                        UNITED STATES ATTORNEY

                        JOHN F. MURPHY
                        Assistant United States Attorney
                        Hale Boggs Federal Building
                        500 Poydras Street, Second Floor
                        New Orleans, Louisiana  70130
                        Telephone:  (504) 680-3126

## **CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing has been served upon counsel for defendant by hand delivery this ____21____ day of July, 2005.

                        JOHN F. MURPHY
                        Assistant United States Attorney

2

Prob12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 JUN 16 PM 3: 27
LORETTA G. WHYTE
CLERK

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender :**  KRISTOPHER RICHARD WHITE          **Case Number :**  053L 2:00CR00211-001S

**Name of Sentencing Judicial Officer  :**   Honorable Mary Ann Vial Lemmon

**Offense :**  18 U.S.C. 2113(a) - Bank robbery

**Date of Sentence :**  January 24, 2001

**Sentence :**  51 months custody of the Bureau of Prisons, followed by a five year term of supervised release.  A $100.00 special assessment fee was also imposed.

**Special Conditions :**

1. Orientation and life skills
2. Drug treatment
3. Mental health treatment
4. Restitution payment in the amount of $27,976.00, at the rate of $300.00 per month
5. Financial disclosure
6. Financial restriction


**Type of Supervision :**     Supervised Release          **Date Supervision Commenced :**  June 08, 2004

**Assistant U.S. Attorney :**     John Murphy               **Defense Attorney :**  Ronald Small

---

### PETITIONING THE COURT

[ X ]  To issue a warrant                                                                                   [   ]  To issue a summons

For the arrest of Kristopher Richard White for alleged violations of Supervised Release , and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Special Condition No. 2: | As your Honor may recall, Kristopher White appeared before Your Honor on May 11, 2005, to answer a rule to show cause why supervised release should not be revoked. In an effort to address the defendant's chronic drug problem, the court ordered that the offender be allowed to complete a long term drug treatment program. White was subsequently instructed to enroll and complete an inpatient drug treatment program immediately after his release from federal custody. It should be noted that White was accepted to the Wave Builders long term drug treatment program following his release. Reports from said agency indicates that the offender left the program without permission on or about May 25, 2005. White's mother reported that he did not make a good adjustment to the |



program and chose to enroll in Teen Challenge, an inpatient drug program located in the greater New Orleans metropolitan area. This officer contacted Mr. David Hammer, counselor, in order to verify White's enrollment. It should be noted that Mr. Hammer reported that the offender did not show up for intake/orientation. White's whereabouts at this time are unknown.

**CUSTODIAL STATUS :**

There is no information to suggest that the offender is in custody.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 15, 2005

_____
Marc S. Johnson
U.S. Probation Officer

REVIEWED BY:

_____
Christy L. Waters
Supervising U. S. Probation Officer

---

**THE COURT ORDERS**

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

June 16, 2005
Date

CLERK'S OFFICE
A TRUE COPY
JUN 17 2005
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La.

Address of Offender:   1916 D. Faith Place
                       Terrytown, LA 70056

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
   Original          - Clerk's Office
   1 Copy Certified  - U.S. Attorney
   1 Copy Certified  - U.S. Marshal's Office
   2 Copies Certified - U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING

