**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 00-211** |
| v. | * | SECTION: "S" |
| **KRISTOPHER RICHARD WHITE** | * | |

\* \* \*

## ORDER

Considering the foregoing Rule to Revoke Supervised Release;

**IT IS HEREBY ORDERED** that **KRISTOPHER RICHARD WHITE** appear before this Court on the 10th day of August, 2005, at 2:00 P.m. to show cause why supervised release should not be revoked.

New Orleans, Louisiana, this 25 day of July, 2005.

UNITED STATES DISTRICT JUDGE