# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

KRISTOPHER RICHARD WHITE

**WARRANT FOR ARREST**

CASE NUMBER: CR 00-211 S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Kristopher Richard White** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment  ( ) Information  ( ) Complaint  (X) Order of Court  ( ) Probation Violation Petition  ( ) Supervised Release Violation Petition  ( ) Violation Notice

charging him or her with Alleged Violations of Supervised Release

in violation of Title United States Code, Section(s)

**LORETTA G. WHYTE**
Name of Issuing Officer

Signature of Issuing Officer

(By) Deputy Clerk

Bail fixed at $_____

**CLERK**
Title of Issuing Officer

June 17, 2005   New Orleans, Louisiana
Date and Location

by _____
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
605 Willowbrook, Gretna, LA

| DATE RECEIVED 7/17/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/20/05 | DUSM Jorg Farell | |