U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 29 PM 3: 26

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION NO.: 00-211 |
| v. | * | SECTION: "S" |
| KRISTOPHER RICHARD WHITE | * | |

\* \* \*

## MOTION TO CONTINUE SUPERVISED RELEASE REVOCATION HEARING

**NOW INTO COURT** comes the United States of America, appearing herein by and through the undersigned Assistant United States Attorney, who repectfully represents:

The undersigned requests the Supervised Release Revocation hearing of the above-captioned defendant currently set for August 10, 2005 to be continued and reset by the Court. The government respectfully requests that this matter be re-set sometime in late September or early October, 2005.

The defendant, Kristopher Richard White is cooperating with agents of the Federal Bureau of Investigation and the government wishes to continue the Revocation proceeding until this cooperation is complete. The undersigned has spoken personally

___ Fee___
___ Process___
_X_ Dktd___
_X_ CtRmDep___
___ Doc. No.___

with the defendant's counsel, George Chaney, who does not oppose this continuance.

**WHEREFORE**, the government respectfully requests the Court continue the Supervised Release Revocation hearing in this matter.

Respectfully submitted,

JAMES B. LETTEN
UNITED STATES ATTORNEY

JOHN F. MURPHY
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Room B210
New Orleans, LA 70130
Telephone: (504) 680-3126

**CERTIFICATE OF SERVICE**
I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this ___29___ day of ___July___, 20_05_.

Assistant United States Attorney