UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION NO.: 00-211 |
| v. | * | SECTION: "S" |
| KRISTOPHER RICHARD WHITE | * | |

\* \* \*

### ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that the Supervised Release Revocation hearing in the above-captioned case for defendant Kristopher Richard White currently set for August 10, 2005 be continued to the __5__ day of _October_, 2005 at __2:00 p__.m.

New Orleans, Louisiana, this __1__ day of _August_ 2005.

UNITED STATES DISTRICT JUDGE