UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  DEC 2 0 2005
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 00-211 |
| KRISTOPHER RICHARD WHITE | * | SECTION: "S" |

## ORDER

Based on the Stipulations of Parties as to the Factual Basis and Disposition, as well as the Waiver of Hearing, **THE COURT FINDS THAT** the defendant Kristopher Richard White violated the terms of his supervised release. **THE COURT FURTHER FINDS**, that the defendant has knowingly, intentionally, and voluntarily waived his right to a formal revocation hearing.

Considering the foregoing, **IT IS ORDERED** that the defendant's Supervised Release is hereby **REVOKED** and that the defendant be sentenced to a term of imprisonment of eight months.

New Orleans, Louisiana, this 20 day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____